UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ISAIH STERLING and LISA STERLING,

                              Plaintiffs,       **NOTICE OF APPEARANCE**

        -against-

THE CITY OF NEW YORK, POLICE OFFICERS "JOHN      07 CV 7020 (LAK)
DOE" 1-2, VENEZIANO and MORANO and THE
WARDEN OF THE RIKERS ISLAND CORRECTIONAL
FACILITY,

                              Defendants.

------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
         August 14, 2007

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                  of the City of New York
                                                  Attorney for Defendant City of New York
                                                  100 Church Street, Rm. 3-311
                                                  New York, New York 10007
                                                  (212) 788-0899
                                                  sjacobs@law.nyc.gov

                                                  By: _____
                                                         Stuart E. Jacobs (SJ 8379)
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

To:    <u>BY ECF</u>
        Paul B. Dalnoky, Esq.