



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STUART E. JACOBS
phone: (212) 788-0899
fax: (212) 788-9776
email: sjacobs@law.nyc.gov

## MEMO ENDORSED



August 14, 2007

BY HAND
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Sterling & Sterling v. City of New York et al.</u>, 07 CV 7020 (LAK)

Dear District Judge Kaplan:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York assigned to the above-referenced case. I am writing with the consent of plaintiffs' counsel, Paul B. Dalnoky, Esq. to respectfully request that the City be granted a sixty-day enlargement of time, from August 27, 2007 to October 26, 2007, to answer or otherwise respond to the complaint. This is City's first request for an enlargement of time in this action.

The complaint alleges, *inter alia*, that plaintiff, Isaih Sterling, was falsely arrested, falsely imprisoned, and subjected to malicious prosecution. Plaintiff, Lisa Sterling, who is the wife of Isaih Sterling, claims she was deprived of her husband's comfort and society as a result of his arrest and imprisonment. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, the City will need to obtain releases from plaintiff, Isaih Sterling, to access the underlying arrest, and criminal court records regarding this action, as well as medical releases for the injuries claimed by both plaintiffs. The enlargement of time will therefore afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until October 26, 2007.

*Granted*
*KMW*

Thank you for your consideration in this regard.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    BY REGULAR MAIL AND EMAIL
       Paul Dalnoky, Esq.
       Attorney for Plaintiffs
       333 East 6th Street, #1N
       New York, NY 10003

SO ORDERED, N.Y., N.Y.  8-16-07

KIMBA M. WOOD
U.S.D.J.

*Part One*

2