UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAIH STERLING and LISA STERLING,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE
OFFICERS "JOHN DOE" 1-2,
VENEZIANO and MORANO and
THE WARDEN OF THE RIKERS
ISLAND CORRECTIONAL FACILITY,

                Defendants.

STIPULATION
OF DISMISSAL
<u>WITHOUT PREJUDICE</u>

Hon. Kaplan

Case No. 07CV7020

---

    IT IS STIPULATED AND AGREED, between the attorneys for the parties as follows:

    1.    Plaintiffs withdraw their summons and complaint without prejudice.

    2.    This action is hereby dismissed without prejudice to re-filing.

    3.    A copy or facsimile may be deemed an original and filed with the Court.

    4.    This stipulation may be filed in counterparts.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 1/9/08

5. The signatories below are the attorneys for the only parties appearing in this action.

Dated:   New York, New York
         January 4, 2008

_____          _____
**PAUL B. DALNOKY (PD 6794)**       **STUART JACOBS**
Attorney for Plaintiffs            Attorney for City of New York


SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/9/08

01/04/2008 07:30   12122289281   ASTOR PLACE   PAGE 02
Received: Jan 4 2008 07:16am